IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL J. MACALUSO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:05-CV-1604-M |
| v. | § | |
| | § | |
| MESQUITE POLICE DEPARTMENT, | § | |
| et al., | § | |
| | § | |
| Defendants. | § | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Jeff Kaplan made Findings and a Recommendation in this case on September 1, 2005. On September 9, 2005, Plaintiff's letter dated September 7, 2005, was filed with the Court. The Court is construing Plaintiff's letter as a motion for extension of time in which to object to the Findings and Recommendation of the United States Magistrate Judge. Such motion is denied. The District Court has made a *de novo* review of the proposed Findings and Recommendation, and the Court accepts the Findings and Recommendation of the United States Magistrate Judge.

SO ORDERED this 13 day of September, 2005.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE

1